## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRISTY K. PAULY, and JASON PAULY, <br><br> Plaintiffs, <br><br> vs. <br><br> UNIFIN, INC., and RESURGENT CAPITAL SERVICES, L.P., <br><br> Defendants. | **8:20CV277** <br><br> **ORDER TO SHOW CAUSE** |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part:  "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

Plaintiffs commenced this action on July 12, 2020.  (Filing No. 1).  On July 24, 2020, Plaintiffs filed sheriff's returns purporting to show the defendants were served with the summons and complaint on July 15, 2020 (Filing No. 8) and July 16, 2020 (Filing No. 9).  To date, the defendants have not filed any responsive pleading and Plaintiffs have taken no further action in this case.  Plaintiffs have a duty to prosecute the case and may, for example, seek default in accordance with the applicable rules, voluntarily dismiss the action, or take other action as appropriate.  Under the circumstances, Plaintiffs must make a showing of good cause for failure to prosecute or the action must be dismissed.  Accordingly,

**IT IS ORDERED:**  On or before **September 21, 2020**, Plaintiffs must show cause why this case should not be dismissed for failure to prosecute or take some other appropriate action.

Dated this 1st day of September, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge